AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
*November 02, 2026*
Nathan Ochsner, Clerk of Court

United States of America
v
Efrain Sanchez-Juarez,
aka: Luis Antonio Lopez-Juan,
Edmund Juarez,

*Defendant*

Case No. **4:26-mj-703**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 02, 2024 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326 (a) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, was found unlawfully in the United States, the said defendnat having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Charles Harris, ICE Deportation Officer

*Printed name and title*

Sworn to me telephonically.

Date: 11/02/2026

*Judge's signature*

City and state: Houston, Texas

Hon. Yvonne Y. Ho, United States Magistrate Judge

*Printed name and title*

**4:26-mj-703**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Charles Harris, being duly sworn by telephone, hereby depose and say:

(1) I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") and have served in that capacity since December 15, 2025.

(2) On November 02, 2024, ICE ERO was made aware of the unlawful presence of SANCHEZ-JUAREZ, EFRAIN, aka LOPEZ-JUAN, LUIS ANTONIO, aka JUAREZ, EDMUND (hereinafter Defendant), in the United States as a result of an arrest for DWI in Harris County, Texas. The Pacific Enforcement Response Center (PERC) received an Immigration Alien Response Notification. However, the Defendant was released from law enforcement custody before action could be taken.

(3) On August 01, 2026, ICE ERO was again made aware of the unlawful presence of the Defendant in the United States as a result of information provided by the Harris County Jail, in Harris County, Texas. On October 31, 2026, the Defendant was placed into ICE Custody and transported to the Montgomery Processing Center. On November 02, 2026, the Defendant was identified as being amenable to prosecution for violation of 8 U.S.C. §1326 (a).

(4) Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326 (a).

(5) The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(6) Element One: The Defendant is a citizen and national of Mexico and not a native, citizen, or national of the United States.

(7) Element Two: The Defendant has previously been deported or removed from the United States on the following occasion(s):

a. 03/21/2023
b. 04/23/2018
c. 04/19/2018
d. 12/09/2017

e. 12/05/2017
f. 08/03/2012
g. 03/15/2012

(8) Element Three: After deportation, the Defendant was subsequently found in the United States on November 02, 2024, in Harris County, Texas, which is within the Houston Division of the Southern District of Texas. Additionally, I conducted a system query in the Alien Criminal Response Information Management System (ACRIMe), to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On November 01, 2026, ACRIMe returned negative results.

(9) Element Four: The Defendant did not have permission to re-enter the United States. On November 02, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.

(10) The Defendant has the following prior criminal history and/or gang affiliation:

a. On October 29, 2026, the Defendant was convicted in the County Criminal Court at Law No. 4 in Harris County, Texas for DWI 2ND. Under case number 26328041010. For this offense, a misdemeanor, the Defendant was sentenced to 30 days in Harris County Jail.

b. On May 12, 2025, the Defendant was convicted in the County Criminal Court at Law No. 4 in Harris County, Texas for DWI. Under case number 253643801010. For this offense, a misdemeanor, the Defendant was sentenced to 3 days in Harris County Jail.

c. On 04/11/2018, the Defendant was convicted in the United States District Court for the Southern District of Texas, McAllen Division for violation of Title 8 U.S.C. §1325 (a)(1). Under case number: 7:18-po-02747. For this offense, a misdemeanor, the Defendant was sentenced to 10 days in confinement.

On November 02, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, they accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a).

Charles Harris
Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 2nd day of November 2026, and I find probable cause.

Hon. Yvonne Y. Ho
United States Magistrate Judge
Southern District of Texas